MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, SBN 095987
MATTHEW S. WEILER, SBN 236052
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com

Attorneys for Plaintiffs Michele Colella and Denise Dussault

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE COLELLA AND DENISE DUSSAULT,<br><br>Plaintiffs,<br><br>vs.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | Case No. C07-80084 MISC WHA<br><br>[PROPOSED] ORDER EXTENDING ORDER AND WRIT OF EXECUTION |

[PROPOSED] ORDER EXTENDING ORDER AND WRIT OF EXECUTION

TO THE MARSHAL OF THE NORTHERN DISTRICT OF CALIFORNIA:

YOU ARE HEREBY COMMANDED TO levy upon the property, goods, chattels, lands and tenements of the above named defendant, found in your district, including:

1) A certain Boeing 757-200, Tail Number T-01, serial number 25487, a picture of which is attached hereto, which you are to immobilize by removing from said airplane its Air Worthiness Certificate, Compass Correction Card, Aircraft Flight Log, and Flight Manual;

You are to take these actions to enforce the payment of the judgment obtained against said Defendant, the Republic of Argentina, and in favor of the above-named Plaintiffs, Michele

Colella and Denise Dussault, in the principal sum of $6,787,965.28, with costs taxed of $39.00, together with interest of 4.99% per annum from the date of the entry of said judgment on May 31, 2006. The said judgment now remains unsatisfied.

Plaintiffs' representative shall accompany the U.S. Marshal to take possession of the property listed above. The documents seized from the Boeing 757-200 shall be given into the possession of Plaintiffs' representative who shall make arrangements with the airport at which the airplane is located to procure appropriate storage for said airplane.

You are to make a return of this Writ of Execution, showing in what manner you have executed the same, and upon what property of the defendant you have made levy and/or money received. Also you shall include your fees which shall be taxed as costs. You are to file this Writ with the Clerk of this Court by March __29__, 2007 at 4 P.M.

The Court will hold a hearing THURSDAY, MARCH 29, 2007, at 9:00 A.M. for the purpose of allowing defendant and respondent to move to vacate or modify the seizure. Plaintiffs must immediately serve defendant and respondent with this order and the writ of execution.

Dated: March 28, 2007



Hon. William Alsup
United States District Judge

[~~PROPOSED~~] ORDER AND WRIT OF EXECUTION
2
CIVIL CASE NO C07-80084 MISC WHA

1-SF/7522462.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO